UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        File No.  1:97-CR-82(26)

RODNEY D. ATKINSON,

        HON. ROBERT HOLMES BELL

        Defendant.
                                        /

**O R D E R**

By order dated June 6, 2007, this Court denied Defendant Rodney D. Atkinson's motion for reduction of sentence pursuant to 18 U.S.C. § 3583(c)(2).  (Docket # 967).  This Court subsequently denied Defendant's motion for certificate of appealability because Defendant had not made a substantial showing of the denial of a constitutional right.  (Docket # 975).  This matter is now before the Court on Defendant's motion for leave to appeal *in forma pauperis*.

An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith.  28 U.S.C. § 1915(a)(3).  "Good faith" for purposes of § 1915(a)(3) is judged by an objective standard: a defendant's good faith is demonstrated when he seeks appellate review of any issue not frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  Because Defendant's motion for reduction of sentence was denied on three legally independent grounds and because Defendant has not made a substantial showing of

the denial of a constitutional right, the Court concludes that Defendant's appeal is frivolous and is not taken in good faith. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Rodney D. Atkinson's motion for leave to appeal *in forma pauperis* (Docket # 980) is **DENIED**.

**IT IS FURTHER ORDERED** that this order be certified to the Court of Appeals for inclusion in the record on appeal. FED. R. APP. P. 3(d) and 22(b).

Date:     July 12, 2007                                /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       CHIEF UNITED STATES DISTRICT JUDGE